**Patrick Otis NELSON, Petitioner–Appellant,**

v.

**Keiran D.C. MANJARREZ; Carolyn Joyce Fershtman, Respondents–Appellees.**

No. 08–16855.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 6, 2009.

Patrick Otis Nelson, Vacaville, CA, pro se.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Patrick Nelson, a California state prisoner, appeals pro se the denial of his mandamus petition seeking an order compelling his counsel to produce legal docu-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ments so that he may file a habeas corpus petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

In a mandamus action, a federal court has authority only to issue orders against employees, officers, or agencies of the United States. *See* 28 U.S.C. § 1361. We therefore affirm the denial of Nelson's petition. *See Kildare v. Saenz,* 325 F.3d 1078, 1084 (9th Cir.2003).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

